S.D.N.Y. – N.Y.C.
19-cv-1091
Kaplan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand twenty-three.

Present:
  Guido Calabresi,
  Eunice C. Lee,
  Alison J. Nathan,
   *Circuit Judges*.

---

John Waite, individually and on behalf of all others similarly situated, et al.,

   *Petitioners*,

Joe Ely, individually and on behalf of all others similarly situated, et al.,

   *Plaintiffs*,

Earle R. Ely, Jr., AKA Joe Ely,

   *Plaintiff-Counter Defendant*,

  v.                23-194

UMG Recordings, Inc., DBA Universal Music Group, et al.,

   *Respondents*,

UMG Recordings, Inc., a Delaware corporation, Does 1 through 10,

   *Defendants*.

---

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district

court's order denying class certification. Upon due consideration, it is hereby ORDERED that the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court